JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GONZALEZ, ) <br> ) Petitioner, ) <br> vs. ) <br> SCOTT McEWEN, Warden, ) <br> ) Respondent. ) <br> _____ ) | Case No. SACV 11-1595-SVW (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 16, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1